# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0515
LT Case No. 2021-CP-001940

_____

LANDON L. WILLIAMS, JR.,

    Appellant,

    v.

REGINALD L. WILLIAMS, SR.,
INDIVIDUALLY and as PERSONAL
REPRESENTATIVE of the ESTATE
of LANDON L. WILLIAMS, SR.,
a/k/a Landon Lovar Williams
Sr., LANITA WILLIAMS-WELLS,
YOLANDA S. WILLIAMS, AND
MICHELLE D. WILLIAMS,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
Jack M. Schemer, Judge.

Landon L. Williams, Jr., Jacksonville, pro se.

Noel G. Lawrence, of Noel G. Lawrence, P.A., Jacksonville, for
Appellee, Reginald L. Williams, Sr.

No Appearance for Remaining Appellees.

April 12, 2024

HARRIS, J.

Appellant, Landon Williams, Jr., appeals the trial court's Final Order Denying Petitions to Invalidate Last Will and Testament of Landon Williams, Sr. Finding no error, we affirm that order in all respects.

Appellant also challenges the court's finding of entitlement to attorney's fees in favor of Appellee, Reginald L. Williams, Sr. The challenged order did not award any specific amount of fees, it merely reserved jurisdiction to do so. An order finding entitlement to attorney's fees without setting the amount is a nonfinal, non-appealable order. *Sitaram v. Alley*, 325 So. 3d 919, 921 (Fla. 5th DCA 2020). We therefore dismiss this portion of the appeal for lack of jurisdiction.

Finally, Appellant challenges the trial court's failure to remove the personal representative and failure to rule on his oral request for a mistrial. "Appellate courts may not decide issues that were not ruled on by a trial court in the first instance." *Sierra by Sierra v. Pub. Health Tr. of Dade Cnty.*, 661 So. 2d 1296, 1298 (Fla. 3d DCA 1995). Because these final two issues are not ripe for appellate review, we dismiss those portions of the appeal as well.

AFFIRMED in part; DISMISSED in part.

EDWARDS, C.J., and KILBANE, J., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

2